THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JIM FOX, <br><br> Plaintiff, <br><br> v. <br><br> TRIDENT SEAFOODS CORPORATION, <br><br> Defendant. | Case No. 2:22-cv-00680-TL <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

**COME NOW** Plaintiff Jim Fox and Defendant Trident Seafood Corporation, through their respective counsel, and stipulate to the entry of an Order of Dismisal of Plaintiff's Claims Against Defendant, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

///

///

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:22-cv-00680-TL - Page 1

1
2  DATED this 16th day of March, 2023          DATED this 16th day of March, 2023
3  LEGROS BUCHANAN & PAUL                     MALONEY O'LAUGHLIN, PLLC
4  */s/David C. Bratz*                         */s/Matt J. O'Laughlin*
   DAVID C. BRATZ, WSBA # 15235               MATT J. O'LAUGHLIN, WSBA # 48706
5  */s/Carey M.E. Gephart*                     */s/Amy K. Maloney*
   CAREY M.E. GEPHART, WSBA # 37106           AMY K. MALONEY, WSBA# 55610
6  4025 Delridge Way SW, Suite 500            200 W. Mercer Street, Ste. 506
   Seattle, Washington 98106                  Seattle, WA 98119
7  Telephone:   206-623-4990                  Telephone:   206-513-7485
   Facsimile:   206-467-4828                  Facsimile:   206-260-3231
8  Email:     dbratz@legros.com               Email: matt@pacwestjustice.com
              cgephart@legros.com                    amy@pacwestjustice.com
9  *Attorneys for Defendant Trident Seafoods*  *Attorneys for Plaintiff Jim Fox*
   *Corporation*
10
11
12
13
14
15
16
17
18
19
20
21
22
23

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:22-cv-00680-TL - Page 2

## ~~[PROPOSED]~~ ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby DISMISSED with prejudice, and without costs.

Dated this 17th day of March 2023.

_____
Tana Lin
United States District Judge